Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL I

| | | |
|---|---|---|
| BANCO POPULAR DE PUERTO RICO y SUN WEST MORTGAGE COMPANY, INC. como agente de servicio<br><br>Demandantes - Apelantes<br><br>v.<br><br>SUCESIÓN DE FLORENTINO RODRÍGUEZ TORRES t/c/c FLORENTINO TORRES y SUCESIÓN DE LOLA SEMIDEY t/c/c DOLORES SEMIDEY t/c/c DOLORES RODRÍGUEZ t/c/c DOLORES SEMIDEY RODRÍGUEZ compuestas por su heredero conocido TITO RODRÍGUEZ SEMIDEY; FULANO DE TAL y SUTANA DE TAL como herederos desconocidos y/o partes con interés en dichas Sucesiones; ESTADOS UNIDOS DE AMÉRICA<br><br>Demandados – Apelados | KLAN202400523 | *Apelación* procedente del Tribunal de Primera Instancia, Sala de Bayamón<br><br>Civil núm.: BY2018CV03714 (504)<br><br>Sobre: Cobro de Dinero y Ejecución de Hipoteca |

Panel integrado por su presidente, el Juez Sánchez Ramos, el Juez Pagán Ocasio, el Juez Marrero Guerrero y la Jueza Boria Vizcarrondo.

**SENTENCIA**

En San Juan, Puerto Rico, a 28 de junio de 2024.

Examinada la *Moción Solicitando Desistimiento sin Perjuicio* presentada por la parte apelante, Banco Popular de Puerto Rico y Sun West Mortgage Company, Inc., el 27 de junio de 2024, se ordena el cierre y archivo del caso por desistimiento con perjuicio del recurso de apelación, de conformidad con la Regla 83 del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B.

Número Identificador
SEN2024_____

Lo acuerda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones